# Exhibit A

# Affidavit of Process Server

| Induction Innovations, Inc., et al. | VS | Sjoerd's Pro Tools, Inc. | 8:25 cv 1172 SDM LSG |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **JODY RANEY** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Sjoerd's Pro Tools, Inc. dba The Tool Guy
NAME OF PERSON/ENTITY BEING SERVED

**with the (documents)**
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons, Complaint with all exhibits and related admin. Filings, Hale and Mazza Motions for Practice in MD FL, Induction's Motion to file confidential Ex. 8 to the Complaint under seal, Induction's Certificate of Interest, Induction's Motion for a Temporary Restraining Order and The Court's Order regarding the Temporary Restraining Order

**by serving (NAME)** SJOERD ROIJENGA
**at** ☒ Home  7539 WABASH TRAIL, SPRING HILL, FL 34606
☐ Business
☒ **on (DATE)** 6/3/2025  **at (TIME)** 2:58 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
**From (CITY)** _____ **(STATE)** _____

**Manner of Service:**
☒ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service canceled by litigant
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) 5/23/2025 AT 10:36 AM, ( ) 5/29/2025 AT 3:13 PM, ( )

**Description:**
☒ Male  ☒ White  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'-5'3"  ☐ 100-130 Lbs.
         ☐ Hispanic  ☐ Blond Hair         ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Glasses ☐ Asian  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'  ☐ 161-200 Lbs.
         ☐ Indian  ☒ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 3RD day of JUNE 20 25

_Carrie C. O'Toole_ (signature)
Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432
CARRIE C. O'TOOLE
Notary Public
State of Florida
Comm# HH225782
Expires 3/8/2026

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS